JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY FORRESTER, | Case No. 2:18-CV-00984-AB-FFM |
| Plaintiff, | **ORDER GRANTING STIPULATION TO DISMISS CASE** |
| v. | |
| FORD MOTOR COMPANY; and DOES 1 through 10, inclusive, | |
| Defendants. | |

1    Based on the Parties' joint stipulation pursuant to Fed. R. Civ. P.

2    41(a)(1)(A)(ii) and good cause appearing, the Court **GRANTS** the joint stipulation.

3    Accordingly, the Court **DISMISSES** with prejudice the Complaint as to all parties

4    and claims. The Clerk of Court shall terminate the case.

5

6        **IT IS SO ORDERED**

7    Dated:  11/27/2018

8                                                          _____

9                                                          United States District Judge